(1) Person Filing: __Kassandra Powell__ - Deposit Operations Legal Specialist
Mailing Address: __2036 E Camelback Rd__
City, State, Zip Code: __Phoenix, AZ 85016__
Email Address: __kpowell@htlf.com__
Telephone Number(s): __563-587-4236__
Representing: [ ] Self  [ ] Attorney  [X] Other
State Bar No. (if applicable): _____

FILED ___  LODGED ___
RECEIVED ___  COPY ___

OCT 13 2020

CLERK U.S. DISTRICT COURT
DISTRICT OF ARIZONA
BY_____ DEPUTY

(2) [ ] JUSTICE COURT _____, COUNTY OF _____
(3) [ ] MUNICIPAL COURT _____, COUNTY OF _____
(4) [X] UNITED STATES DISTRICT COURT, DISTRICT OF ARIZONA

(5) Petitioner/Plaintiff
  [X] Judgment Creditor
  [ ] Judgment Debtor
Name: TCF Inventory Finance, Inc.
Address: c/o Robert D. Mitchell
Tiffany & Bosco, P.A.
2525 E. Camelback Rd., 7th Floor
City, State, Zip Code: Phoenix, Arizona 85016
Email Address: rdm@tblaw.com
Phone(s): (602) 255-6000

(8) Case Number: 2:20-mc-00042

**GARNISHEE'S ANSWER**
**(NON-EARNINGS)**
**(A.R.S. §§ 12-1578.01 & -1579)**

(6) Respondent/Defendant
  [X] Judgment Debtor
  [ ] Judgment Creditor
Name: Todd Barron Perry
Address: 6215 East Surrey Avenue
City, State, Zip Code: Scottsdale, Arizona 85254
Email Address: N/A
Phone(s): N/A

(7) Garnishee:
Name: Arizona Bank & Trust
Address: 2036 E. Camelback Rd.
City, State, Zip Code: Phoenix, Arizona 85016
Email Address: N/A
Phone(s): (602) 381-2090

Case Number: **(8)** 2:20-mc-00042

Attorney: N/A

---

**CAUTION: Failure to file a Garnishee's Answer can result in an order being entered against you in the full amount of the debt owed by the judgment debtor to the judgment creditor. This can happen even if you do not know the judgment debtor or do not owe the judgment debtor any money or property.**

---

1. I am the garnishee, or I am authorized by the garnishee to complete and file this Answer. The word 'money' as used in this Answer does not refer to wages. Garnishee's name, address and phone are as listed in **(7)**.

2. The statements checked below were true at the time the Writ was served:

   **(9)** (Check all boxes that apply and fill in blanks for each box checked.)

   A. [ ]   I was not holding personal property or money belonging to judgment debtor.

   B. [X]   I owed judgment debtor **(10)** $ 4.49(checking account balance) I am withholding **(11)** $ 0.00 pursuant to the Writ.

   C. [X]   I released **(12)** $ 4.49 because **(13)**
   
   funds were insufficient.

   D. [ ]   I was in possession of the following personal property belonging to the judgment debtor: **(14)**

   (attach list if necessary).

   I am holding **(15)**

   pursuant to the Writ. (attach list if necessary)

   E. [ ]   Garnishee is a corporation in which the judgment debtor owns these shares or interest: **(16)**

Case Number: **(8)** 2:20-mc-00042

(attach list if necessary).

The following person/organization holds personal property or money which belongs to judgment debtor: **(17)**

Garnishee requests an answer fee in the amount of **(18)** $ __0.00 insufficient funds__, as a reasonable amount for the preparation and filing of this Answer.

| **(19)** | **(20)** |
|---|---|
| Copies of the Answer, Writ of Garnishment and Summons, Notice to Judgment Debtor of Garnishment, Notice of Hearing form, Request for Hearing form and a copy of the underlying judgment were provided to judgment debtor on:<br><br>Date: __10/6/2020__<br><br>By:  [X] Mail<br>     [ ] Hand Delivery<br>     [ ] Constable, Deputy Sheriff or Process Server | Copy of the Answer provided to judgment creditor on:<br><br>Date: __10/6/2020__<br><br>By:  [x] Mail<br>     [ ] Hand Delivery<br>     [ ] Constable, Deputy Sheriff or Process Server |

**OATH OR AFFIRMATION**

**I declare under penalty of perjury that the foregoing is true and correct to the best of my knowledge, information, and belief.**

**(21)** __October 1, 2020__                         *Kassandra Powell*  Deposit Operations Legal Specialist
      Date                                                     Signature of Garnishee or Authorized Agent

Robert D. Mitchell, 011922
Sarah K. Deutsch, 026229
Zachary R. Cormier, 034594

**TB TIFFANY & BOSCO**
P.A.

Camelback Esplanade II, Seventh Floor
2525 East Camelback Road
Phoenix, Arizona 85016
Telephone (602) 255-6000
Fax (602) 255-0103
E-mails: rdm@tblaw.com;
skd@tblaw.com; zrc@tblaw.com

Counsel for Plaintiff

# UNITED STATES DISTRICT COURT

# DISTRICT OF ARIZONA

| | |
|---|---|
| TCF INVENTORY FINANCE, INC., <br><br>Plaintiff, <br><br>vs. <br><br>CACTUS RV CENTER, LLC, and TODD BARRON PERRY, <br><br>Defendants. | Case No. 2:20-mc-00042 <br><br>**WRIT OF GARNISHMENT AND SUMMONS (NON-EARNINGS)** |

RECEIVED SEP 30 2020

1

TCF INVENTORY FINANCE, INC.

          Judgment Creditor,

vs.

CACTUS RV CENTER, LLC, and TODD BARRON PERRY,

          Judgment Debtors,

ARIZONA BANK & TRUST,

          Garnishee.

## STATEMENT OF THE JUDGMENT CREDITOR

1. Plaintiff/Judgment Creditor TCF Inventory Finance, Inc. (the "Judgment Creditor"), were awarded a money judgement against Defendant/Judgment Debtor Todd Barron Perry (the "Judgment Debtor") on June 30, 2020.

2. The amount of the outstanding balance on the judgment, including accrued interest and allowable costs, is $1,643,657.38. Interest accrues at the rate of 0.17% per annum. The cost of serving the Writ of Garnishment will be shown on the Affidavit of Service and may be added to the Judgment along with the allowable costs.

3. The Judgment Creditor believes Garnishee holds nonexempt property or money other than wages owed or belonging to Judgment Debtor.

4. The names and addresses of all parties are as follows:

        TCF Inventory Finance, Inc.
        c/o Robert D. Mitchell
        Tiffany & Bosco, P.A.
        2525 E. Camelback Rd., 7th Floor
        Phoenix, Arizona 85016
        *Plaintiff/Judgment Creditor*

Todd Barron Perry
6215 East Surrey Ave.
Scottsdale, Arizona 85254
*Defendant/Judgment Debtor*

Arizona Bank & Trust
2036 E. Camelback Rd.
Phoenix, Arizona 85016
*Garnishee*

### TO THE GARNISHEE (A.R.S. § 12-1579)

YOU SHALL answer all the following questions in writing, under oath, on a separate document. Your answer must be filed with the Court within 10 business days after you are served with this Writ of Garnishment.

A. Were you holding personal property or money other than wages belonging to the judgment debtor at the time this Writ was served on you?

B. How much money do you owe the judgment debtor and how much of that money did you withhold pursuant to the Writ? Did you release any of that money after you were served with the Writ, and, if so, how much did you release and why?

C. Did you possess any personal property belonging to the judgment debtor at the time the Writ was served on you? If so, please describe each item or group of items you held and describe the specific items of personal property you withheld pursuant to the Writ, if any.

D. What other person or entity, within your knowledge, is indebted to the judgment debtor or in possession of personal property of the judgment debtor?

E. If the garnishee is a corporation, what shares, or interest does the judgment debtor own?

3

## SUMMONS

A WRIT OF GARNISHMENT has been issued, naming you as garnishee. You are required to answer this Writ in writing, under oath, and file the answer with the Court within 10 days (excluding weekends and holidays) after service on you. If you fail to file an answer, you may be ordered to appear in person to answer this Writ. Requests for reasonable accommodation for persons with disabilities must be made to the court by parties at least 3 working days in advance of a scheduled court proceeding. If you fail to answer and appear, a default judgment may be entered against you, and you may be ordered to pay the full amount shown on this Writ, plus attorney fees.

Requests for reasonable accommodation for persons with disabilities must be made to the division assigned to the case by the party needing accommodation or his/her counsel at least three (3) judicial days in advance of a scheduled proceeding. Requests for an interpreter for persons with limited English proficiency must be made to the division assigned to the case by the party needing the interpreter and/or translator or his/her counsel at least ten (10) judicial days in advance of a scheduled court proceeding.

**THIS SUMMONS IS NOT A REQUEST TO SEND ANY MONEY OR PERSONAL PROPERTY TO THE COURT.**

_9/30/20_    _[signature]_
Date                                           Judicial Officer/Clerk of the Court

**NOTICE TO GARNISHEE**
You should have been served with a blank Garnishee's Answer form. You may complete and file this form to make your required answer.